# In the United States District Court
# For the Northern District of Alabama

TERRY HARRIS, DOROTHY WATFORD, )
and the class of independent represent- )
atives in Networker 2000, Co. and )
Wealth Builders International, )
        Plaintiff, )
         )
         )
        VS )    CIVIL ACTION NUMBER
JOSEPH BORG, individually and in his )
capacity, as Commissioner of the Al )
Securities Commission, )
        Defendant. )

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) ____Joseph Borg_____

_____ by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney