

BERKOWITZ
LEFKOVITS
ISOM &
KUSHNER
A PROFESSIONAL CORPORATION

ANDREW R. CHAMBLESS
ATTORNEY AT LAW
DIRECT DIAL NO.: (205) 250-8314
E-MAIL: ACHAMBLESS@BLIK.COM
WEBSITE: WWW.BLIK.COM

April 15, 2003

**VIA FACSIMILE
AND FIRST-CLASS MAIL**

Stephen Murphy, Esq.
Charles Schwab & Co., Inc.
101 Montgomery Street
MS: 101 Mont-23-246
San Francisco, CA 94104

Re:   Wealth Builders International Investment Club
      Account Number: 8172-3979

Dear Steve:

In accordance with the liquidation procedures detailed in the letter from the Alabama Securities Commission to Warren Dreher dated April 1 (the "Liquidation Plan") and pursuant to the Letter of Authorization from Terry Harris enclosed herewith, Charles Schwab & Co., Inc. is hereby requested, on behalf of Mr. Harris, Networker2000, Inc. and Wealth Builders International, to liquidate at market on Thursday, April 17, 2003, during the opening of the market day, all stock and option positions in the above-referenced account.

The Liquidation Plan provides that the Alabama Securities Commission must approve the liquidation of each position in the Wealth Builders account. A space has been provided below for Commission approval.

We appreciate your assistance in execution of the Liquidation Plan.

Sincerely,

*Andrew Chambless/cah*

ANDREW R. CHAMBLESS

ARC/ms
Enclosure
cc:   Mr. John M. Foley
      Mr. Terry Harris

---

EXECUTION OF THE ABOVE REQUESTED TRANSACTIONS IS HEREBY APPROVED BY THE ALABAMA SECURITIES COMMISSION.

Name: *John M. Foley*                          Date: 4/16/03
Title: *Manager of Investigations*             Tel. No.: 334/242-2383

577231v1
038092-000001

Attachment A

SOUTHTRUST TOWER · 420 20TH STREET NORTH, SUITE 1600 · BIRMINGHAM, ALABAMA 35203-5202 · TELEPHONE: (205) 328-0480 · FAX: (205) 322-8007



BERKOWITZ
LEFKOVITS
ISOM &
KUSHNER
A PROFESSIONAL CORPORATION

ANDREW R. CHAMBLESS
ATTORNEY AT LAW
DIRECT DIAL NO.: (205) 250-8314
E-MAIL: ACHAMBLESS@BLIK.COM
WEBSITE: WWW.BLIK.COM

April 23, 2003

**VIA FACSIMILE**
**AND FIRST-CLASS MAIL**

Stephen Murphy, Esq.
Charles Schwab & Co., Inc.
101 Montgomery Street
MS: 101 Mont-23-246
San Francisco, CA 94104

Re:   Wealth Builders International Investment Club
      Account Number: 8172-3979

Dear Steve:

I understand that all securities in the above referenced account have been liquidated in accordance with our request of April 15.

Please have the funds in the account wired to the following account at your earliest convenience:

|  |  |
|---|---|
| Bank Name: | Compass Bank |
| Name of Account: | Berkowitz, Lefkovits, Isom & Kushner |
|  | As Agent for Wealth Builders International |
| ABA: | 062001186 |
| Account #: | 84159719 |

The Alabama Securities Commission has approved the requested wire transfer as evidenced below.

I appreciate your assistance.

Sincerely,

ANDREW R. CHAMBLESS

ARC/ms
Enclosure
cc:   Mr. Terry Harris

EXECUTION OF THE ABOVE REQUESTED WIRE TRANSFER IS HEREBY APPROVED BY THE ALABAMA SECURITIES COMMISSION.

Name: _____   Date: 4/24/03
Title: Manager of Investigations   Tel. No.: 334/242-2984

580144v1
038092-000001

Attachment B

SOUTHTRUST TOWER · 420 20TH STREET NORTH, SUITE 1600 · BIRMINGHAM, ALABAMA 35203-5202 · TELEPHONE (205) 328-0480 · FAX: (205) 322-8007