**Ex. 1**



## ALABAMA SECURITIES COMMISSION

770 WASHINGTON AVE. SUITE 570
MONTGOMERY, ALABAMA 36130-4700
TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.state.al.us

JOSEPH P. BORG
Director

SUSAN S. ANDERSON
Deputy Director/General Counsel

CHAIRMAN
HAROLD B. KUSHNER
Attorney at Law
VICE CHAIRMAN
J. WRAY PEARCE
Certified Public Accountant
COMMISSIONERS
BILL PRYOR
Attorney General
ANTHONY HUMPHRIES
Superintendent of Banks
WALTER A. BELL
Commissioner of Insurance
TYRONE C. MEANS
Attorney at Law
DANIEL C. HARDMAN
Certified Public Accountant

Dear Investor

As you are now aware the Alabama Securities Commission has frozen the funds of Wealth Builders International ("WBI") due to discrepancies pertaining to the required registration as Securities Agents/Dealers of Mr. Harris, Mr. Barringer, Ms. Toney, and Wealth Builders International, Inc., with the Alabama Securities Commission. In the State of Alabama it is unlawful for any person to offer or sell any security into, within, or from this state unless that person and/or entity is registered or exempt from registration. Mr. Harris, Mr. Barringer, and Ms. Toney engaged in the business of advising others as to the value of securities or as to the advisability of investing in, purchasing, or selling securities. During the course of our investigation it was determined that investor funds were not directly invested as represented, but rather deposited into the operating accounts of Networker2000, Healthquest, Inc., or into a WBI checking account located at AmSouth Bank, in Birmingham, Alabama. Investor funds were also taken from the WBI account without notification to the investors and utilized to pay salaries of office personnel, purchase office supplies, and pay office lease payments. Further, it was determined that investor's funds were utilized to make payments to some investors in the form of represented profit earnings, which actually did not exist. Profits that were posted on the individual investor's web site were determined to be misrepresentations, not true profits. At no time did the postings as represented by WBI show a loss to the investors, when actually losses occurred in all months of trading but three. An analysis of the involved accounts also show returns being paid out of the operating account of Networker2000, not WBI.

Mr. Harris allowed postings to the investor's internet sites that misrepresented the returns being made through his trading efforts. A determination has yet to be made as who directly benefited from the use of investor funds. However, it is evident that some individuals within the organization did so. These are possible criminal issues that may be addressed by the Commission at a later date.

To accurately account for all investors' funds it was necessary to liquidate WBI's holdings at Charles Schwab. In order to minimize any further losses to the investors, the Commission directed WBI to place all funds in an interest bearing trust account under the strict control of the law firm Berkowitz, Lefkovits, Isom & Kushner, located in Birmingham, Alabama and under the supervision of the Commission, instead of having the courts place the entity in receivership. Therefore, we are directing Mr. Harris, and WBI, with assistance from his

attorneys to return all funds to the investors. All costs associated with the return of the investor funds will be the responsibility of Mr. Harris, not the investors.

As an investor in this matter you will fall into one of the two categories as indicated.

1. ___ You were an investor of WBI and records indicate that you have received returns equal to, or in excess of the money you invested. In that case, you will **not** be receiving any of the pro rata funds.

2. ___ You were an investor at the time the Commission requested that the investor funds be frozen and liquidated, and are entitled to a pro rata share of the funds in question. Enclosed is a check for your pro rata share.

*[handwritten: Occurred when liquidated positions]*

Records made available to the Commission by WBI show that between September 1, 2001 and February 26, 2003, there were 1,767 investors that deposited $4,743,537.98 with Mr. Harris either in WBI or an associated entity. $952,338.90 was repaid to investors as represented profit earnings. Trading fees/losses totaled $1,088,302.08. Unaccounted/misappropriated funds totaled $197,829.05. The amount of funds available for disbursement total approximately $2.5 million. As you can see there is less money in the accounts than would be required for all individuals to receive a 100% return of their original investment.

*[handwritten: didn't complete investigation]*

As an investor, you are entitled to your portion, or a pro rata share, of the assets that WBI had at the time the liquidation concluded. An "example" of a pro rata share is:

| | |
|---|---|
| John Doe invested: | $2,000.00 |
| Received back as withdrawals: | -1,000.00 |
| Total amount now invested: | $1,000.00 |
| % Calculated pro rata return: | $ 620.00 |

This disbursement will conclude the activities of the Securities Commission as it pertains to the return of your investment funds. You may wish to consult with a private attorney concerning any other possible legal remedies available to you. All questions concerning your pro rata return should be referred to Honorable Andrew Chambless at 205/ 328-0480, or the Alabama Securities Commission at 1-800-222-1253. Your patience in this matter has been greatly appreciated.

*[handwritten: Not a Judge]*

Note: A copy of the Cease & Desist Order issued to Wealth Builders International can be found on line at the Alabama Securities Commission website at www.asc.state.al.us

*[handwritten: Issued on a Company that doesn't Exist]*

Sincerely,

*[signature]*

Joseph P. Borg
Director