

Ex. 2



## ALABAMA SECURITIES COMMISSION

770 WASHINGTON AVE, SUITE 570
MONTGOMERY, ALABAMA 36130-4700
TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.state.al.us

JOSEPH P. BORG
Director

SUSAN B. ANDERSON
Deputy Director/General Counsel

CHAIRMAN
HAROLD B. KUSHNER
Attorney at Law

VICE CHAIRMAN
J. WRAY PEARCE
Certified Public Accountant

COMMISSIONERS

BILL PRYOR
Attorney General

ANTHONY HUMPHRIES
Superintendent of Banks

WALTER A. BELL
Commissioner of Insurance

TYRONE C. MEANS
Attorney at Law

DANIEL C. HARDMAN
Certified Public Accountant

April 1, 2003

Mr. Warren Dreher, Esquire
Charles Schwab & Company, Inc.
101 Montgomery Street
MS101 MONT 23 246
San Francisco CA  94104

Re: Wealth Builders International, Inc.

Dear Mr. Dreher:

As per our telephone discussion of March 27, 2003, the following outlines the Alabama Securities Commission's plan for liquidating the positions held by Wealth Builders International, Inc.

The Commission has agreed to a plan whereby under the supervision and coordination of Mr. Harris' attorney, Andrew Chambless of Berkowitz, Lefkovits, Isom & Kushner, 420, 20th Street North, Suite 1600, Birmingham, Alabama, 35203, telephone 205/ 250-8314, the positions held by Wealth Builders International will be liquidated by Mr. Harris, and the funds resulting from such liquidation will be deposited into account number 8172-3979, designated as the Cash and Sweep Money Market Fund held at Charles Schwab.  Upon completion of the liquidation, Charles Schwab will then be directed to transfer all funds held by Wealth Builders International, and/or any funds connected to the operation of Wealth Builders International, to a Trust Account #84159719, held at Compass Bank, in Birmingham, Alabama, controlled by the aforementioned law firm representing Mr. Harris.  When this is completed, the law firm shall, under the direction of the Alabama Securities Commission, accomplish a prorated return of funds to the involved investors.  Wealth Builders International, Inc., will then cease to exist.

Prior to each position being liquidated Schwab will receive a notification letter from Mr. Chambless, approved by the Commission, allowing specific positions to be liquidated.  The same process will be followed for the transfer of all funds to the Compass Bank of Alabama Trust Account.

April 1, 2003
Page 2

Thank you for your cooperation in this matter. If you have any questions, please contact me, or the case agent Reuben Redd at the above listed number.

Sincerely,

*John M Foley*

John M. Foley
Manager of Investigations