FILED

2005 Sep-20  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TERRY HARRIS, DOROTHY WATFORD, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CASE NO.:  CV-05-TMP-0814-S** |
| ) | |
| **JOSEPH BORG,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO STRIKE PLAINTIFF HARRIS' RESPONSE
ON BEHALF OF PLAINTIFF WATFORD
<u>TO DEFENDANT'S MOTION TO DISMISS</u>**

COMES NOW the Defendant, Joseph P. Borg, and moves to strike the Response by Harris to the Defendant's Motion to Dismiss as to Plaintiff Dorothy Watford. As grounds therefore, Defendant shows as follows:

1.     Plaintiff Harris filed a response on July 25, 2005 for "the Plaintiffs."

2.     The response is not signed by or, otherwise authorized by, Plaintiff Watford.

3.     On information and belief, Plaintiff Harris is not a duly licensed attorney and is not admitted to practice before this court.  Therefore, Plaintiff Harris may only file a response for himself and may not represent Plaintiff Watford.

4.     To the extent that Plaintiff Harris is attempting to represent Plaintiff Watford without a license to practice law, he is apparently engaged in the unauthorized practice of law.

<u>s/Bruce J. Downey, III</u>
**BRUCE J. DOWNEY, III (ASB-9205-W86B)
Attorney for Defendant**

1051579

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:     (334) 241-8000
Facsimile:     (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700
(334) 353-4690

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the ___ day of September, 2005, using the CM/ECF system which will send notification of such filing to the following:

Terry Harris
8315-B 1st Ave., N.
Birmingham, AL  35206

Dorothy Watford
8315-B 1st Ave., N.
Birmingham, AL  35206

**s/Bruce J. Downey, III**
OF COUNSEL

1051579