**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 15, 2005

# NOTICE OF REASSIGNMENT

Re:   Terry Harris, et al. v. Joseph Borg
      Civil Action No. 2:05cv1083-F

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv1083-F. This new case number should be used on all future correspondence and pleadings in this action.