IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY HARRIS, ET AL.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **2:05cv1083-F** |
| **JOSEPH BORG,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters his Appearance as an attorney of record for the Plaintiffs and further requests that future correspondence be sent to him at hlpenick@bham.rr.com.

Respectfully submitted,

/s/ Henry L. Penick
Henry L. Penick
H. L. Penick & Associates, P.C.
319 17th Street North, Suite 200
P.O. Box 967
Birmingham, AL 35201-0967
(205) 252-2538

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on this the  24th of December, 2005, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Bruce J. Downey, III
CAPEL & HOWARD, P.C.
150 S. Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102

/s/ Henry L. Penick