**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 9, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Terry Harris, et al. v. Joseph Borg** |
| **Case Number:** | **#2:05-cv-01083-WKW** |
| **Referenced Document:** | **Document #19** <br> **Report of Parties' Discovery Planning Meeting** |

**This notice has been docketed to enter the corrected certificate of service into the record. The original pdf did not contain the proper electronic signature on the certificate of service. The corrected pdf is attached to this notice.**