IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TERRY HARRIS, *et al.*,            )
                                   )
          Plaintiffs,              )
                                   )
v.                                 )    CASE NO. 2:05-cv-1083-WKW
                                   )
JOSEPH BORG,                       )
                                   )
          Defendant.               )

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss Class Action Claims (Doc. # 22) filed on August 10, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 8, 2006.

It is further ORDERED that the plaintiffs' file a response which shall **include a brief and any evidentiary materials** on or before September 1, 2006.  The defendant may file a reply brief on or before September 8, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 11th day of August, 2006.

     /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE