IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, DOROTHY WATFORD, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CASE NO.:  2:05CV1083-MEF ) |
| JOSEPH BORG, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S FILING IN SUPPORT OF HIS
## MOTION TO DISMISS CLASS ACTION CLAIMS

The Court ordered the plaintiffs to submit their brief and evidentiary materials to support their class action claims on or before September 1, 2006.  Defendant has received neither and assumes none has been filed.

WHEREFORE, the Defendant asks the Court to dismiss all class action claims and allegations.

                                                **s/Bruce J. Downey, III**
                                                **BRUCE J. DOWNEY, III**
                                                **ASB-9205-W86B**
                                                **Attorney for Defendant Joseph P. Borg**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:     (334) 241-8000
Facsimile:      (334) 323-8888

Jane Brannan, Esq.
Alabama Securities Commission
770 Washington Ave., Ste. 570
Montgomery, AL  36130-4700

1075775

(334) 353-4690

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of September, 2006, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Henry L. Penick, Esq.
H. L. Penick & Associates, P.C.
P O Box 967
Birmingham, AL  35201-0967

**s/Bruce J. Downey, III**
OF COUNSEL

1075775