IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS and ) | |
| DOROTHY WATFORD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-01083-WKW |
| ) | |
| JOSEPH BORG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED:

1. That the status conference in this matter is rescheduled for **December 11, 2006, at 11:00 a.m.**, in Courtroom 2-E, United States Courthouse, One Church Street, Montgomery, Alabama.

2. That, **on or before November 27, 2006**, the plaintiffs' counsel shall show cause in writing as to why he should not be held in contempt for his failure to fully comply with this court's October 31, 2006 Order (Doc. # 28), specifically, his failure to attend the status conference scheduled for November 13, 2006. A show cause hearing shall be held contemporaneously with the status conference set for December 11, 2006.

3. That defense counsel shall file **on or before November 27, 2006**, affidavit(s) of expenses incurred for their appearance on November 13, 2006.

DONE this the 13th day of November, 2006.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE