IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, DOROTHY WATFORD, ET AL., ) ) ) Plaintiffs, ) ) vs. ) ) JOSEPH BORG, ) ) Defendant. ) ) | CASE NO.: 2:05CV1083-MEF |

### AFFIDAVIT OF DEFENDANT'S COUNSEL

In accordance with the Court's Order of November 13, 2006, directing the Defendant's counsel to "file on or before November 27, 2006, affidavit(s) of expenses incurred for their appearance on November 13, 2006," the following is submitted:

"I, Bruce J. Downey III, an attorney admitted to practice before this Court and counsel of record for the Defendant, Joseph Borg, swear and affirm that the following time was spent by the undersigned and by Mai Lan F. Isler, counsel to the firm of Capell & Howard, P.C. in preparation for the Court's hearing on 11/13/06:

11/08/06    BJD-- Telephone message from and email to Randy McNeill; telephone conference, Randy; email regarding hearing time [0.3]

11/09/06    BJD-- Work on Immunity and qualified immunity arguments; emails and telephone conference with Mai Lan F. Isler regarding her research [3.9]

11/09/06    MFI-- Review correspondence from Bruce Downey regarding background of case; telephone conference with Bruce regarding background of case and research project; research regarding qualified immunity for state officials [1.4]

11/10/06    BJD-- Receipt and review of amended complaint; preparation for status conference; emails to Jane Brannan and Randy McNeill [1.4]

11/10/06    MFI-- Continue research on immunity for state actors; telephone conference with Bruce Downey regarding motion to dismiss; start draft of 12(b)(6) motion to dismiss on immunity grounds [3.8]

1

11/13/06   BJD-- Telephone conference with Mai Lan F. Isler; prepare for hearing; conference with Randy McNeill; appearance at hearing [2.2]

11/13/06   MFI-- Research regarding Fourteenth and Fifth Amendment pleading requirements; continue drafting 12(b)(6) motion to dismiss §1983 claims; telephone conference with Bruce Downey regarding motion to dismiss and upcoming status conference [2.3]

  Total Time: BJD-- 7.8
        MFI-- 7.5

  Total Expense: 15.3 hours at $175.00 per hour = $2,677.50

Note: The above time was spent preparing for the hearing set for 11/13/06. However, the amount of time that was wasted because of the Plaintiff's attorney's failure to attend would be less than the total time spent. The wasted time includes the time spent attending the hearing [approximately 0.5 hours] and approximately 2 hours of time that would be needed to re-familiarize counsel before the rescheduled hearing with the preparation done for the 11/13/06 hearing, a total of 2.5 hours at $175/hour or $437.50.

      FURTHER THE AFFIANT SAYETH NOT.

Dated: November 20, 2006.

                 **Bruce J. Downey III, Affiant**

STATE OF ALABAMA )
            )
COUNTY OF MONTGOMERY )

I, Patricia Adams Mills, a notary public in and for the State of Alabama at Large, hereby certify that BRUCE J. DOWNEY III, whose name is signed to the foregoing AFFIDAVIT and who is known to me, acknowledged before me on this day that, being informed of the contents of the AFFIDAVIT, he executed same voluntarily on the day same bears date.

GIVEN under my hand and seal on this, the 20th day of November, 2006.

(SEAL)

            NOTARY PUBLIC
            My Commission Expires: 9-16-07

1080238

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of November, 2006, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Henry L. Penick, Esq.<br>
H. L. Penick & Associates, P.C.<br>
P O Box 967<br>
Birmingham, AL  35201-0967

                                        **s/Bruce J. Downey, III**
                                        OF COUNSEL

1080238