**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                         AT MONTGOMERY, ALABAMA

DATE COMMENCED   DECEMBER 11, 2006                               AT 11:00 A.M./P.M.

DATE COMPLETED   DECEMBER 11, 2006                               AT 11:18 A.M./P.M.

| | |
|---|---|
| TERRY HARRIS, ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| vs ) | |
| ) | 2:05cv1083-WKW |
| JOSEPH BORG ) | |
| ) | |
| Defendant ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty. Henry Lee Penick | X | Atty. Bruce Downey |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**STATUS CONFERENCE/SHOW CAUSE HEARING**

11:00 a.m.   Court convened. Status conference/Show Cause Hearing commenced. Order to issue directing counsel for plaintiff to reimburse legal fees of defense counsel incurred on 11/13/06 in the amount of $262.50. Plaintiff is directed to file a memorandum brief in support of [35] motion for leave to amend on or before 1/2/07; defendant is to file a response on or before 1/16/07. A separate briefing schedule on defendant's motion to dismiss will be entered upon resolution of the motion for leave to amend.

11:18 a.m.   Conference adjourned.