IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS and <br> DOROTHY WATFORD, <br>     Plaintiffs, <br><br> v. <br><br> JOSEPH BORG, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:05-cv-01083-WKW <br> ) <br> ) <br> ) <br> ) |

## ORDER

A status conference was held on December 11, 2006. Upon consideration of the representations made by counsel, it is ORDERED that:

1. Counsel for the plaintiffs shall reimburse the legal fees of defense counsel incurred on November 13, 2006, in the amount of $262.50 on or before December 18, 2006. Counsel for the plaintiffs shall file notification with the court upon payment.

2. The Clerk of Court shall docket the Second Amended Complaint (Doc. # 33) as an attachment to the plaintiff's Motion for Leave to File Second Amended Complaint (Doc. # 35).

3. The plaintiff shall file a memorandum brief in support of the motion for leave **on or before January 2, 2007.** The brief shall fully establish who the proposed plaintiffs are, their composition, their legal status, their standing and authorization to file this lawsuit, and why they are necessary or indispensable parties and the real parties in interest. The brief shall contain documentation to support its factual allegations and argument with legal citations.

    4.        The defendant shall file a response to the plaintiffs' brief **on or before January 16, 2007.**

A separate briefing schedule on the defendant's motion to dismiss will be entered upon resolution of the motion for leave to amend.

DONE this the 11th day of December, 2006.

                          /s/  W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE