**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TERRY HARRIS and** ) | |
| **DOROTHY WATFORD,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| V. ) | **CASE NO.: 2:05-CV-01083-WKW** |
| ) | |
| **JOSEPH BORG,** ) | |
| ) | |
| **DEFENDANT.** ) | |

**NOTICE OF COMPLIANCE**

Comes now, the Plaintiff and notifies the Court that they have complied with the Order on reimbursement of legal fees to defense counsel.

Respectfully submitted,

/s/ Henry L. Penick
Henry L. Penick
H. L. PENICK & ASSOCIATES, P.C.
319 17th Street North, Suite 200
P.O. Box 967
Birmingham, AL 35201
(205) 252-2538

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the Notice of Compliance on this the 15th day of   December  , 2006, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed as follows:

Bruce J. Downey, III
Caplell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ Henry L. Penick