# EXHIBIT 1A

# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3              NORTHERN DIVISION
4
5    CASE NUMBER:  2:05-CV-01083-WKW
6    TERRY HARRIS, DOROTHY
7    WATFORD, et al.,
8          Plaintiffs,
9       vs.
10   JOSEPH BORG,
11        Defendant.
12
13        S T I P U L A T I O N
14        IT IS STIPULATED AND AGREED by and
15   between the parties through their respective
16   counsel, that the videotaped deposition of
17   Terry Harris may be taken before Angela
18   Smith, RPR, CRR, at the offices of Freedom
19   Court Reporting, at 367 Valley Avenue,
20   Birmingham, Alabama 35209, on the 3rd day of
21   November, 2006.
22
23        DEPOSITION OF TERRY HARRIS

Page 2

1         IT IS FURTHER STIPULATED AND
2    AGREED that the signature to and the reading
3    of the deposition by the witness is not
4    waived, the deposition to have the same
5    force and effect as if full compliance had
6    been had with all laws and rules of Court
7    relating to the taking of depositions.
8         IT IS FURTHER STIPULATED AND
9    AGREED that it shall not be necessary for
10   any objections to be made by counsel to any
11   questions except as to form or leading
12   questions, and that counsel for the parties
13   may make objections and assign grounds at
14   the time of the trial, or at the time said
15   deposition is offered in evidence, or prior
16   thereto.
17        IT IS FURTHER STIPULATED AND
18   AGREED that the notice of filing of the
19   deposition by the Commissioner is waived.
20
21        * * * * * * * * * * * * *
22
23

Page 3

1         * * * * * * * * * * * * *
2              I N D E X
3              EXAMINATION
4                              PAGE
5    By Mr. Downey ........................ 8
6         DEFENDANT'S EXHIBITS
7                              PAGE
8    Ex. 1 - 10/2/03 notarized
9         document ................. 18
10   Exs. 13-A through 13-D - Answers
11        filed with the
12        Commission ............... 22
13   Ex. 2 - Xerox of a mailing of an
14        envelope ................. 27
15   Ex. 3 - Letter from the State of
16        Illinois ................. 74
17   Ex. 4 - Agreement re: Wealth
18        Builders International
19        funds .................... 78
20   Ex. 12 - Transcript of testimony
21        at Circuit Court ......... 97
22   Ex. 5  - Letter from Ms. Anderson
23        to Mr. Myers ............ 111

Page 4

1    Ex. 6 - Letter to Mr. Myers ....... 112
2    Ex. 7 - 8/13/03 letter from
3         Ms. Anderson ............ 114
4    Ex. 8 - Issuance of an order
5         against Mr. Harris from
6         SEC ..................... 116
7    Ex. 11 - Letter from
8         Mr. Chambless to
9         Charles Schwab .......... 141
10        * * * * * * * * * * * * *
11
12
13
14
15
16
17
18
19
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 133

1 that any money came in for investment at
2 Wealth Builders International and it ended
3 up going into a checking account for
4 Networker2000, or any of its versions?
5     A.    If it did, it would have been
6 something briefly to the point where it was
7 just to cash the person's check so we could
8 send a certified check to Wealth Builders.
9 And it never stayed there.
10     Q.    Never used for operating
11 expenses at Networker2000?
12     A.    Of course not. That belong to
13 Wealth Builders International.
14     Q.    So, it is your testimony today
15 that you have -- until today, you have not
16 ever seen that second letter in Exhibit 9?
17     A.    I don't recall seeing it.
18 With all this stuff going on, you can't say
19 nothing definitely.
20     Q.    I'll show you Exhibit 10. Do
21 you recognize that, Mr. Harris?
22     A.    Yes, I do.
23     Q.    Does it bear your signature?

Page 134

1     A.    It appears to be my signature.
2     Q.    Can you say that is your
3 signature?
4     A.    I can't say nothing for sure.
5     Q.    Do you recall drafting that
6 letter?
7     A.    No, I don't remember drafting
8 that letter.
9     Q.    Do you recall sending it?
10     A.    No, I don't recall sending
11 that letter.
12     Q.    Do you know that you wrote
13 Charles Schwab and told them to -- and
14 authorized them to liquidate all stock and
15 option positions in the Wealth Builders
16 International account?
17     A.    Did I call Charles Schwab and
18 tell them --
19     Q.    No. Did you write them and
20 tell them to do what that letter says?
21     A.    I did not write this letter.
22     Q.    Did you sign this letter?
23     A.    It appears to be my signature.

Page 135

1     Q.    Who do you believe wrote it?
2     A.    It could have been wrotten by
3 -- written by anybody.
4     Q.    Who gave it to you to sign?
5     A.    I don't think nobody gave it
6 to me to sign.
7     Q.    How do you believe your
8 signature came to be on this letter?
9     A.    I don't know. Because when is
10 this letter was sent, I was out of town.
11     Q.    You know that on April 15,
12 2003, you were out of town?
13     A.    I think I was in Miami at that
14 time.
15     Q.    All right. This doesn't say
16 where it was mailed from.
17     A.    I wouldn't have access to a
18 computer or anything to type this on. I'm
19 not sure how this letter got my signature on
20 it. I just don't -- It's been a long time
21 ago.
22     Q.    All right. Irrespective of
23 the letter bearing your signature, did you,

Page 136

1 Terry Harris, tell Charles Schwab --
2 authorize it to liquidate all stock and
3 option positions in the Wealth Builders
4 International account, at market price on
5 Thursday April 17, 2003?
6     A.    No. Everything that was done
7 was authorized by the Alabama Securities
8 Commission.
9     Q.    I'm not talking about
10 authorized. Was this something you did,
11 whether it was authorized by them or not?
12     A.    I just told you I didn't write
13 that letter.
14     Q.    And I just asked you did you
15 authorize it any other way, by a telephone
16 call or otherwise?
17     A.\   No, I didn't. I didn't
18 authorize nothing. And nothing was in my
19 control.
20     Q.    And do you understand that
21 Charles Schwab did what this letter
22 requested?
23     A.    I would assume they did. I

34  (Pages 133 to 136)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 137

1 don't know. They probably did. Or they may
2 not have. I don't know. What's -- I mean,
3 what part of the letter you talking about
4 that they did?
5     Q.    I'm talking about did they, on
6 **Thursday, April 17, 2003, liquidate all**
7 **stock and option positions in the Wealth**
8 **Builders International account?**
9     A.    I don't remember if they did
10 or not.
11     Q.    But you're saying today you
12 **did not write this letter?**
13     A.    No, I did not write this
14 letter.
15     Q.    And now you believe you did
16 **not sign it?**
17     A.    I don't know whether I signed
18 it or not. I don't think I could have
19 signed this letter if I was in Miami, and I
20 didn't write it. So I'm not sure how that
21 signature get on there.
22     Q.    So, Ms. Watford was also wrong
23 **when she testified that you tried to send a**

Page 138

1 **version of this letter with a proviso on it:**
2 **I think this is going to cause losses?**
3     A.    I don't know. Only thing I
4 can say, this letter was not written by me.
5 It appears to be my signature on it. And I
6 don't understand how it could have gotten on
7 this authorization if I was not in town on
8 the date that it was done.
9     Q.    What were you doing in Miami?
10     A.    Vacation.
11     Q.    Where did you stay down there?
12     A.    I don't even remember that.
13 It might have been -- I don't know.
14     Q.    In a hotel?
15     A.    It had to be a hotel.
16     Q.    Who was with you?
17     A.    By myself.
18     Q.    How long did you stay down
19 **there?**
20     A.    I'm not sure.
21     Q.    What makes you recall that you
22 **were down there? You know, you have**
23 **difficult recalling stuff. And here we are**

Page 139

1 **more than three years since then, what makes**
2 **you recall that you were in Miami at this**
3 **time?**
4     A.    I remember getting a call from
5 Dorothy Watford saying that the Alabama
6 Securities Commission is demanding some kind
7 of authorization because they're forcing us
8 to liquidate all the funds in the account.
9     Q.    And did you tell her to sign
10 **your name?**
11     A.    I don't remember what I did.
12 I don't know how that signature get there.
13 I don't know whether she signed it or not.
14     Q.    Well, now, you were the only
15 **one who could authorize Charles Schwab to**
16 **liquidate all stock and option positions in**
17 **Wealth Builders International, weren't you?**
18     A.    I don't agree with that
19 statement. Only Alabama Securities
20 Commission could authorize anything at that
21 time because they the one that ordered
22 everything to be stopped and frozen.
23     Q.    I'm asking about who had

Page 140

1 account authority over these accounts?
2     A.    I didn't have no authority.
3 If I had went to Charles Schwab and say: I
4 want this account liquidated across the
5 board, they wouldn't have done nothing I
6 said unless Alabama Security Commission had
7 told them to liquidate across the board.
8          So I had no authority at that
9 time. I had no authorization. All the
10 authorization came from the Alabama
11 Securities Commission.
12     Q.    Are you waiving Fifth
13 **Amendment rights about whether you were the**
14 **person that authorized this? You made some**
15 **reference that you were claiming the Fifth**
16 **Amendment on about all of these Schwab**
17 **accounts.**
18     A.    I'm saying I did not have
19 authorization. So I couldn't authorize it.
20     Q.    So, you couldn't have written
21 **this letter, you're saying?**
22     A.    I'm saying I didn't write this
23 letter. I could have. I could write it

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

## FREEDOM COURT REPORTING

Page 141

1  right now.
2      Q.   No.  Your lawyer wouldn't let
3  you.
4      A.   If you give me a computer, I
5  could write it right down.
6      Q.   All right.  I don't believe
7  you.  Write that letter for me.
8          MR. PENICK:  He said with a
9  computer.
10         THE WITNESS:  Get me a
11  computer.
12         (Defendant's Exhibit 11
13          was marked for
14          identification purposes.)
15     Q.   Exhibit 11 is a letter from
16  Andrew Chambless, who you said was your
17  lawyer at Berkowitz Lefkovits, to Charles
18  Schwab.  And it says:  In accordance with
19  the liquidation procedures detailed in the
20  letter from the Alabama Securities
21  Commission dated April 1, the liquidation
22  plan, and pursuant to the letter of
23  authorization from Terry Harris enclosed

Page 142

1  herewith.  Now, did you understand that your
2  lawyers sent a letter of authorization from
3  you to Charles Schwab?
4      A.   I don't know what they did.
5      Q.   Do you understand that this
6  letter you just said you did not write was
7  enclosed in a letter from your attorney to
8  Charles Schwab?
9      A.   Like I say, I don't know what
10  they did.
11     Q.   All I know, is that if
12  something weren't done, the Alabama Security
13  Commission would have planned on doing full
14  prosecution -- criminal prosecution, and
15  completely shutting down Networker2000, and
16  sending Terry Harris to jail.
17         Now, if I had authorization, I
18  wouldn't be liquidating nothing across the
19  board.  I would have been, you know, just
20  every day managing that account to the point
21  where, you know, if something need to be
22  liquidated, I would sell it, but if
23  something was going up, just reap the profit

Page 143

1  from it.
2      Q.   Mr. Harris, that would have
3  kept you trading in a pooled account, which
4  was exactly what the Alabama Securities
5  Commission said you were violating the law
6  by doing; isn't that correct?
7      A.   What law did they say I
8  violated?
9      Q.   The Alabama Securities Law?
10     A.   Which law?
11     Q.   The ones that -- One of the
12  ones you pled guilty to.
13     A.   Acting as an investment
14  advisor representative without a license?
15  That was several exemptions there.  That was
16  no violation of no laws.  Even Susan
17  Anderson said it on the stand.
18     Q.   Mr. Harris, did you look over
19  the complaint before you filed it -- this
20  complaint in this case, Terry Harris and
21  Dorothy Watford versus Joseph Borg?  Did you
22  read it?
23     A.   I probably just signed it.

Page 144

1      Q.   You signed it without an
2  attorney.  Were you acting as your own
3  attorney on this?
4      A.   I must have, if I signed it
5  without an attorney.
6      Q.   Well, were you -- Who prepared
7  it for you?
8      A.   I believe it was Henry Penick.
9      Q.   Were you representing
10  Ms. Watford in signing this thing?
11     A.   I can't represent nobody.  I'm
12  not an attorney.
13     Q.   This begins -- This complaint
14  begins:  This is a suit for race
15  discrimination.  And I want you to do your
16  best, today, to tell me -- Well, first, I
17  want you to tell me of any white person who
18  did what you did, but who was not
19  prosecuted.
20     A.   There are several white people
21  that own legitimate companies in the state
22  of Alabama, that's not involved in
23  securities, that haven't been prosecuted on

36  (Pages 141 to 144)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 177

1    REPORTER'S CERTIFICATE
2  STATE OF ALABAMA,
3  ELMORE COUNTY,
4    I, Angela Smith, Registered
5  Professional Reporter and Commissioner for
6  the State of Alabama at Large, do hereby
7  certify that the above and foregoing
8  proceeding was taken down by me by
9  stenographic means, and that the content
10  herein was produced in transcript form by
11  computer aid under my supervision, and
12  that the foregoing represents, to the best
13  of my ability, a true and correct
14  transcript of the proceedings occurring on
15  said date and at said time.
16    I further certify that I am neither
17  of kin nor of counsel to the parties to the
18  action; nor in any manner interested in the
19  result of said case.
20
21

22    _____
      Angela Smith, RPR, CRR,
      for the State of
23    Alabama at Large.

45 (Page 177)