# EXHIBIT 1B



BERKOWITZ
LEFKOVITS
ISOM &
KUSHNER

PROFESSIONAL CORPORATION

ANDREW R. CHAMBLESS
ATTORNEY AT LAW
DIRECT DIAL NO.: (205) 250-8314
E-MAIL: ACHAMBLESS@BLK.COM
WEBSITE: WWW.BLK.COM

April 15, 2003

<u>VIA FACSIMILE</u>
<u>AND FIRST-CLASS MAIL</u>

Stephen Murphy, Esq.
Charles Schwab & Co., Inc.
101 Montgomery Street
MS: 101 Mont-23-246
San Francisco, CA 94104

Re:     Wealth Builders International Investment Club
        Account Number: 8172-3979

Dear Steve:

In accordance with the liquidation procedures detailed in the letter from the Alabama Securities Commission to Warren Dreher dated April 1 (the "Liquidation Plan") and pursuant to the Letter of Authorization from Terry Harris enclosed herewith, Charles Schwab & Co., Inc. is hereby requested, on behalf of Mr. Harris, Networker2000, Inc. and Wealth Builders International, to liquidate at market on Thursday, April 17, 2003, during the opening of the market day, all stock and option positions in the above-referenced account.

The Liquidation Plan provides that the Alabama Securities Commission must approve the liquidation of each position in the Wealth Builders account. A space has been provided below for Commission approval.

We appreciate your assistance in execution of the Liquidation Plan.

Sincerely,

*Andrew Chambless*

ANDREW R. CHAMBLESS

ARC/ms
Enclosure
cc:     Mr. John M. Foley
        Mr. Terry Harris

EXECUTION OF THE ABOVE REQUESTED TRANSACTIONS IS HEREBY APPROVED BY THE ALABAMA SECURITIES COMMISSION.

Name: _John M. Foley_     Date: _4/16/03_
Title: _Manager of Investigations_     Tel. No.: _334/242-23_

577231v1
038072-000001

SOUTHTRUST TOWER · 420 20TH STREET NORTH, SUITE 1600 · BIRMINGHAM, ALABAMA 35203-5202 · TELEPHONE: (20