# EXHIBIT 3



## ALABAMA SECURITIES COMMISSION

770 WASHINGTON AVE, SUITE 570
MONTGOMERY, ALABAMA 36130-4700
TELEPHONE (334) 242-2984
1-800-222-1253
FAX (334) 242-0240
E-MAIL asc@asc.state.al.us

**JOSEPH P. BORG**
Director

**SUSAN B. ANDERSON**
Deputy Director/General Counsel

**CHAIRMAN**
HAROLD B. KUSHNER
Attorney at Law

**VICE CHAIRMAN**
J. WRAY PEARCE
Certified Public Accountant

**COMMISSIONERS**

**BILL PRYOR**
Attorney General

**ANTHONY HUMPHRIES**
Superintendent of Banks

**WALTER A. BELL**
Commissioner of Insurance

**TYRONE C. MEANS**
Attorney at Law

**DANIEL C. HARDMAN**
Certified Public Accountant

August 13, 2003

**VIA FACSIMILE**
(312) 236-8804
Lewis Myers, Esquire
25 East Washington Street, Suite 1225
Chicago, Illinois

    RE:  TERRY HARRIS; PATRICIA TONEY
    CD-2003-0012

Dear Mr. Meyers:

    As you know, the Alabama Securities Commission scheduled the informal hearing with you, Mr. Harris and Ms. Toney. The hearing was to take place on Thursday, August 7, 2003; at virtually the last moment we learned that you would not be able to attend that meeting. The staff has heard nothing from you since that date.

    Please contact me immediately concerning the rescheduling of this meeting. If I do not hear from you within five working days, I will assume that you no longer represent Mr. Harris or Ms. Toney and will proceed with an appropriate course of action.

    I am looking forward to hearing from you.

                              Very truly yours,

                              Susan B. Anderson
                              Deputy Director/General Counsel

SBA:kjb
cc:    Joseph P. Borg, Director
       J. Randall McNeill, Deputy Attorney General
       J. Michael Foley, Senior Special Agent
       Reuben Redd, Special Agent
       Chip Harrison, Special Agent