**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 3, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Terry Harris, et al. v. Joseph Borg

Case Number: 2:05-cv-1083-WKW

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 12/29/2006 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 40 filed electronically by counsel which was incomplete and contained only one (1) page.**

**The complete pdf document is attached to this Notice.**