IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS and DOROTHY WATFORD, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 2:05-cv-01083-WKW<br>) |
| JOSEPH BORG, | )<br>) |
| Defendants. | ) |

**ORDER**

It is ORDERED that:

1. The trial in this matter is continued from March 26, 2007 to **July 23, 2007**;

2. The pretrial conference is continued from February 23, 2007 to **May 30, 2007**;

3. The scheduling order in this case (Doc. # 21) is AMENDED to reflect that the deadline in Sections 9, 10, and 11 of the Uniform Scheduling Order is continued from February 14, 2007 to **May 30, 2007**.

DONE this 13th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE