IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TERRY HARRIS, DOROTHY WATFORD, ET AL.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) **CASE NO: 2:05CV1083-WKW-TFM** |
| **JOSEPH BORG,** | ) ) ) |
| **Defendant.** | ) |

### STIPULATION OF DISMISSAL
### OF CLAIMS OF PLAINTIFF, DOROTHY WATFORD

**COMES NOW** the parties and stipulate to the dismissal of the claims of plaintiff, Dorothy Watford, and as grounds says as follows:

1. Plaintiff, Dorothy Watford, requests that all of her claims be dismissed.

2. Defendant has no objections to the dismissal of the claims of plaintiff, Dorothy Watford.

3. The parties stipulate that this dismissal will be with prejudice.

Respectfully submitted,

s/Henry L. Penick
**Henry L. Penick**
**Attorney for Plaintiffs Terry Harris**
**And Dorothy Watford**
**H. L. Penick & Associates, P.C.**
**319 17th Street North, Suite 200**
**Birmingham, AL 35203**
**Phone: 205-252-2538**
**Fax:   205-251-0231**

- 1 –

1090388

**s/Bruce J. Downey, III**
**Bruce J. Downey, III**
**Attorney for Defendant**
**Capell & Howard, P.C.**
**150 South Perry Street**
**Post Office Box 2069**
**Montgomery, Alabama  36102-2069**
**Phone:   334-241-8000**

- 2 –

1090388