IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1083-WKW |
| ) | |
| JOSEPH BORG, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is plaintiff Dorothy Watford's ("Watford") Stipulation of Dismissal (Doc. # 45). It is ORDERED that the motion is GRANTED and Watford is DISMISSED as a party plaintiff of this action with prejudice.

Done this 21st day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE