IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1083-WKW |
| ) | |
| JOSEPH BORG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is defendant Joseph Borg's Motion for Telephonic Status Conference (Doc. # 47) filed on May 16, 2007. The court, in its inherent authority to manage its docket, construes the motion as a motion to continue the trial date and a motion for leave to file a motion for summary judgment. It is ORDERED that:

1. The motion for telephonic conference is DENIED.

2. The motion to continue the trial date is GRANTED. All dates and deadlines, including the trial date, are CONTINUED generally.

3. The motion for leave to file a motion for summary judgment is GRANTED. Defendant shall re-file a duplicate of his proposed motion for summary judgment, heretofore filed with Doc. # 47, together with a supporting brief and all exhibits by **May 30, 2007.** The motion and brief shall be modified to comply with the requirements for briefs. Plaintiff shall file a response by **June 20, 2007.** Defendant may, at his election, file a reply brief by **June 27, 2007**.

4. The motion shall be under submission on the due date of the reply brief. Unless the court determines that a hearing is necessary or helpful, at which time a date will be set, the court will determine the motion without oral argument upon submission.

5. Briefs in support of or in opposition to any motion generally **should not exceed 25 pages.** In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

6. The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

7. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

8. Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

9. Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

Done this 23rd day of May, 2007.

                                                /s/  W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE