IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, <br> DOROTHY WATFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH BORG, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:05-cv-01083-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Reconsider (Doc. # 61), it is ORDERED that the defendant shall file a response **on or before October 31, 2007.**

DONE this 16th day of October, 2007.

                                             /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE