IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 2:05-CV-1083-WAW ) |
| JOSEPH BORG, | ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR RECONSIDERATION**

COMES NOW the plaintiff and moves this Court for an Order Dismissing Plaintiff's Motion for Reconsideration.

Respectfully submitted,

/s/ Henry L. Penick
Henry L. Penick
H. L. Penick & Associates, P.C.
319 17th Street North, Suite 200
P.O. Box 967
Birmingham, AL 35201-0967
Telephone: (205) 252-2538
Fax: (205) 251-0231

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served this the 25th day of October, 2007, by placing same in the United States Mail, first-class postage prepaid and properly addressed as follows:

Bruce J. Downey, III
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ Henry L. Penick