IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY HARRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-01083-WKW |
| | ) | |
| JOSEPH BORG, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw Plaintiff's Motion for Reconsideration (Doc. # 63), it is ORDERED that the motion is GRANTED. All dates and deadlines are cancelled.

DONE this 29th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE